IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHRYN COPELAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00341-O-BP |
| | § | |
| JESUS NEVAREZ, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on August 5, 2024. The District Court reviewed the proposed Findings, Conclusions, and Recommendation de novo. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore that Plaintiff's claims for injunctive and declaratory relief are **DISMISSED without prejudice**, and her remaining claims are **DISMISSED**.

**SO ORDERED** this **7th day** of **August, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE